MICHAEL J. STORTZ (SBN 139386)
michael.stortz@dbr.com
MATTHEW J. ADLER (SBN 273147)
matthew.adler@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:      (415) 591-7510

MICHAEL W. MCTIGUE JR.*
michael.mctigue@dbr.com
MEREDITH C. SLAWE*
meredith.slawe@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone:     (215) 988-2700
Facsimile:      (215) 988-2757

Attorneys for Defendant
COMCAST CORPORATION
* *pro hac vice* to be sought

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF LINGLE,<br><br>               Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION,<br><br>               Defendant. | Case No. 2:17-CV-00425-JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT COMCAST CORPORATION TO RESPOND TO COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT

CASE NO. 2:17-CV-00425-JAM-CKD

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  WHEREAS, Plaintiff Jeff Lingle ("Plaintiff") filed a Complaint against Defendant Comcast Corporation ("Comcast") on January 24, 2017 in the Superior Court of California, Placer County, and served the Complaint on Comcast on January 26, 2017;

WHEREAS, on February 27, 2017, Comcast filed a Notice of Removal (Dkt. No. 1) in this Court;

WHEREAS, the initial deadline for Comcast to answer or otherwise respond to Plaintiff's Complaint was March 6, 2017;

WHEREAS, on February 28, 2017, the parties filed a Stipulation (Dkt. No. 4) to extend the deadline to April 3, 2017 for Comcast to answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, Comcast has acted with diligence in reviewing the Complaint and investigating Plaintiff's allegations;

WHEREAS, since February 28, 2017, the parties through counsel have met and conferred regarding Comcast's position that Plaintiff agreed to arbitrate his claims in this case, and regarding a potential resolution;

WHEREAS, as of March 28, 2017, the parties have not been able to resolve this matter, nor have the parties reached agreement as to the appropriate forum to adjudicate this dispute;

WHEREAS, Comcast anticipates filing a motion to compel arbitration in response to the Complaint, but requires additional time to prepare this motion;

WHEREAS, the parties through counsel have met and conferred and agreed that Comcast shall have an additional week to respond to the Complaint, i.e., until April 10, 2017.

THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel that the deadline for Comcast to answer or otherwise respond to the Complaint is hereby extended to and including April 10, 2017.

IT IS SO STIPULATED.

Dated: March 29, 2017                           DRINKER BIDDLE & REATH LLP


                                                By: /s/ Matthew J. Adler
                                                    Michael J. Stortz
                                                    Matthew J. Adler

                                                Attorneys for Defendant
                                                COMCAST CORPORATION


Dated: March 29, 2017                           LAW OFFICES OF TODD M. FRIEDMAN, P.C.


                                                By: /s/ Adrian R. Bacon (authorized 3.29.17)
                                                    Todd M. Friedman
                                                    Adrian R. Bacon

                                                Attorneys for Plaintiff
                                                JEFF LINGLE


Pursuant to the Stipulation of the parties, IT IS SO ORDERED.


Dated: 3/29/2017

                                                /s/ John A. Mendez
                                                Hon. John A. Mendez
                                                UNITED STATES DISTRICT COURT JUDGE