MICHAEL J. STORTZ (SBN 139386)
michael.stortz@dbr.com
MATTHEW J. ADLER (SBN 273147)
matthew.adler@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

MICHAEL W. MCTIGUE JR.*
michael.mctigue@dbr.com
MEREDITH C. SLAWE*
meredith.slawe@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

Attorneys for Defendant
COMCAST CORPORATION
* *pro hac vice* to be sought

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF LINGLE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:17-CV-00425-JAM-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING AND RELATED BRIEFING DEADLINES FOR DEFENDANT COMCAST CORPORATION'S MOTION TO COMPEL ARBITRATION** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING AND RELATED BRIEFING
DEADLINES

CASE NO. 2:17-CV-00425-JAM-CKD

1         WHEREAS, on April 10, 2017, Defendant Comcast Corporation ("Comcast") filed a motion to compel arbitration of Plaintiff's claims (Dkt. No. 10);

        WHEREAS, Comcast's Motion is scheduled for hearing on May 16, 2017;

        WHEREAS, due to a late-developing scheduling conflict, Comcast respectfully requires a brief continuance of the hearing date;

        WHEREAS, Comcast understands that the Court is available for a hearing on July 11, 2017 at 1:30 p.m.;

        WHEREAS, the parties through counsel have met and conferred and agreed that the hearing date may be continued to July 11, 2017 at 1:30 p.m.;

        WHEREAS, the parties through counsel further agree that Comcast shall have an additional week to file its Reply memorandum in support of the Motion, i.e., until May 16, 2017.

        THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel as follows:

        1.     The hearing on Comcast's Motion to Compel Arbitration shall be continued from May 16, 2017 to July 11, 2017 at 1:30 p.m.; and

        2.     The deadline for Comcast to file its Reply memorandum in support of the Motion shall be continued from May 9, 2017 to May 16, 2017.

        IT IS SO STIPULATED.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND RELATED BRIEFING DEADLINES     - 2 -     CASE NO. 2:17-CV-00425-JAM-CKD

| | |
|---|---|
| Dated: May 9, 2017 | DRINKER BIDDLE & REATH LLP |
| | By: /s/ Matthew J. Adler |
| | Michael J. Stortz |
| | Matthew J. Adler |
| | |
| | Attorneys for Defendant |
| | COMCAST CORPORATION |
| | |
| Dated: May 9, 2017 | LAW OFFICES OF TODD M. FRIEDMAN, P.C. |
| | |
| | By: /s/ Adrian R. Bacon (authorized 5.9.17) |
| | Todd M. Friedman |
| | Adrian R. Bacon |
| | |
| | Attorneys for Plaintiff |
| | JEFF LINGLE |

Pursuant to the Stipulation of the parties, IT IS SO ORDERED:

Dated: 5/9/2017

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND RELATED BRIEFING DEADLINES - 3 - CASE NO. 2:17-CV-00425-JAM-CKD